**Denied and Opinion Filed November 8, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01302-CV

**IN RE GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT AND THE BOARD OF TRUSTEES OF GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT, Relators**

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-18108**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relators' November 8, 2024 petition for writ of mandamus. Relators ask this Court to compel the trial court to vacate or reverse a November 6, 2024 purported extension of an October 14, 2024 temporary restraining order. Upon review, relators' petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See* TEX. R. APP. P. 52.3(g), (h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a)(1).

For example, none of the documents that relators included in their appendix or record are sworn or certified copies, *see* TEX. R. APP. P. 52.7(a)(1), and relators

failed to provide a sworn or certified copy of the order at issue signed by the trial court, *see* TEX. R. APP. P. 52.3(k)(1)(A). Relators also failed to include all documents filed in the underlying proceeding that are relevant and material to their requested relief, such as real party in interest's November 4, 2024 supplemental application for injunctive relief. *See* TEX. R. APP. P. 52.7(a)(1). As further example, relators provided the required rule 52.3(j) certification, *see* TEX. R. APP. P. 52.3(j), but not all factual statements in relators' petition are supported by citations to the appendix or record, *see* TEX. R. APP. P. 52.3(g), (h). And based on our review, several material factual statements are not supported by competent evidence included in the appendix or record, such as relators' factual statements concerning events taking place at a November 5, 2024 hearing. *See* TEX. R. APP. P. 52.3(j).

Accordingly, we deny relators' petition.

Also before the Court is relators' November 8, 2024 emergency motion for temporary relief. We deny the motion as moot.

/Bill Pedersen, III/

BILL PEDERSEN, III

241302F.P05

JUSTICE

–2–